UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

BRESLIN REALTY DEVELOPMENT
CORP.,

MEMORANDUM AND ORDER

                 Plaintiff,

CV 05-1070
(Wexler, J.)

   -against-

MARTIN SCHACKNER, and ILANA
YEROUSHALMI a/k/a/ NAZILA
YEROUSHALMI , and JOHN DOE #1
through JOHN DOE #5, the true identity
of such defendants being unknown, the
parties intended being persons and/or
entities who participated with the other
named defendants in the commission of the
fraudulent and unlawful acts alleged to
have been committed herein,

               Defendants

-------------------------------------------------------X

APPEARANCES:

> DOLLINGER, GONSKI & GROSSMAN
> BY: MATTHEW DOLLINGER, ESQ.
> Attorneys for Plaintiff
> One Old Country Road Suite 102
> P.O. Box 9019
> Carle Place, New York 11514-9010

> SILLER WILK, LLP
> BY: ERIC J. SNYDER, ESQ.
> Attorneys for Defendant Martin Schackner
> 675 Third Avenue
> New York, New York 10017

> RUSSO FOX & KARL
> Attorneys for Defendant Ilana Yeroushalmi
> 400 Town Line Road
> Hauppauge, New York 11788

1

WEXLER, District Judge

Presently before the court is the motion of Russo, Karl, Widmaier & Cordano, PLLL, formerly known as Russo, Fox and Karl, Esqs. to be relieved as counsel for Defendant Yeroushalmi. The motion is granted. Jury selection in this matter shall take place on April 9, 2007 at 8:30 A.M. Trial shall commence on April 10, 2007.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       March 21, 2007